UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO: 5:12-CR-213-1H |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JOHN CURTIS ALSPAUGH | ) | |

THIS MATTER having been heard at the April 10, 2013 criminal session the United States District Court for the Eastern District of North Carolina in Greenville and for good cause shown it is hereby **ORDERED**:

1. That funds in the amount of $107,798.18 currently being held by the North Carolina Department of Health and Human Services Division of Medical Assistance (hereinafter "DMA") shall be released for use by DMA in the regular course of its business; and

2. That the Defendant John Curtis Alspaugh shall receive credit in that amount towards the restitution ordered to be paid to the North Carolina Fund for Medical Assistance (Medicaid) in this matter.

This 31st day of July 2013

_____
Malcolm J. Howard,
Senior United States District Judge